| For Clerk's Office Use | | |
|---|---|---|
| Judge | Recd Date | Grv. |
| C | | |

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**

**INMATE NAME:** Dominique Herman Adams

**PRISONER NO.:** 1025606

**PLACE OF CONFINEMENT:** Wallens Ridge State Prison

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 13 2015

JULIA C. DUDLEY, CLERK
BY: S. Taylor
DEPUTY CLERK

Dominique Herman Adams
_Enter Full Name_   Plaintiff

vs.

SEE ATTACHMENT 1

_Enter Full Name(s)_   Defendant(s)

**CIVIL ACTION NO.** 715cv00168

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

_____ Yes   ✓ No

B. If your answer to A is Yes, describe the action in the space below.

1. Parties to the Action: ○
   ○
   ○

2. Court: ○

3. Docket No.: ○

4. Judge: ○

5. Disposition: ○

(For example, is the case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

Yes ✓   No _____

1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

D. Statement of Claim - State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. You may attach extra paper if necessary.

Claim #1 - Supporting Facts - Tell your story briefly without citing cases or law.

SEE ATTACHMENT 2 FOR CLAIM #1: AND CITATION (1) FOR SUPPORTING FACTS AND CITATION (1-A) FOR BRIEF]

Claim #2 - Supporting Facts - Tell your story briefly without citing cases or law.

SEE ATTACHMENT 2 FOR CLAIM #2

Claim #3 - Supporting Facts - Tell your story briefly without citing cases or law.

SEE ATTACHMENT 2 FOR CLAIM #3: AND CITATION (2) FOR SUPPORTING FACTS AND CITATION (2-A) FOR BRIEF]

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.
SEE CITATION 3

SIGNED THIS 9th DAY OF April, 2015.

(Signature of Each Plaintiff)

**VERIFICATION:**

I, Dominique Herman Adams, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of perjury the foregoing to be true and correct.

DATED: April 9, 2015   SIGNED: