## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

**DOMINIQUE ADAMS**

vs.

**J.S. HORNE, ET AL.**

Action No:   7:15CV168

Date:   5/11/16

Judge:   Pamela Meade Sargent

Court Reporter:   Bridget Dickert

Deputy Clerk:   Ella Surber

Attorney

Pro Se

Attorney

Nancy Davidson

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. Dominique Adams

DEFENDANT:

1. Officer J.S. Horne
2. Officer Rollins
3. Marsha Stanford

PROCEEDINGS:
Parties present for evidentiary/bench trial; No opening statements by either side; plaintiff evidence begins and concludes; defense evidence begins; court recess for lunch; court resumes with continuation of defense evidence; evidence concludes; closing statements; matter taken under advisement.

Time in Court: 9:43 – 11:10; 11:22 – 12:31; 1:45 – 2:54